Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA  92106-1253
Tel:    619/758-1891
Fax:    619/222-3667
dpk@sessions-law.biz
alimberg@sessions-law.biz

Attorney for NCO Financial Systems, Inc.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ROBINSON,<br><br>           Plaintiff,<br><br>    vs.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>           Defendant. | Case No.  2:09-CV-00372-MCE-KJM<br><br>STIPULATION TO DISMISS WITH PREJUDICE; ORDER |

Plaintiff, WILLIAM ROBINSON, filed the present action against NCO FINANCIAL SYSTEMS, INC. ("NCO") on February 6, 2009.  NCO filed its responsive pleading on March 13, 2009.  The parties subsequently resolved the action in its entirety.  As part of said resolution, the parties agree to dismiss the entire action with prejudice.  The court is to retain jurisdiction for purposes of enforcement of the settlement.

///

///

1

PDF created with pdfFactory trial version www.pdffactory.com

1  IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above captioned action is dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41.

Dated: 6/15/09                KROHN & MOSS, LTD.

                              /s/ Ryan Lee
                              Ryan Lee,
                              Attorney for Plaintiff,
                              William Robinson

Dated: 6/15/09                SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

                              /s/Debbie P. Kirkpatrick
                              Debbie P. Kirkpatrick,
                              Attorney for Defendant,
                              NCO Financial Systems, Inc.

     IT IS SO ORDERED.

Dated:   June 16, 2009

                              _____
                              MORRISON C. ENGLAND, JR.
                              UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com